United States District Court
Southern District of Texas
**ENTERED**
September 12, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| POWER MANAGEMENT CONTROLS, INC., | § § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:16-CV-053 |
| | § | |
| DANFOSS, LLC; dba DANFOSS DRIVES, | § § § § | |
| Defendants. | | |

## ORDER

Pursuant to 28 U.S.C. § 636, United States Magistrate Judge John R. Froeschner is hereby designated to prepare and submit to this Court a report and recommendation on Defendant Danfoss, LLC's "Notice of Motion and Motion to Dismiss", Dkt. 31.

SIGNED at Galveston, Texas, this 12th day of September, 2016.

_____
George C. Hanks Jr.
United States District Judge